IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COREY JOHNSON,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )   CIV. ACT. NO.  2:12cv939-MHT
                                        )
GARY HETZEL, *et al.*,                  )
                                        )
        Defendants.                     )

## ORDER

On October 31, 2012, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is

ORDERED and ADJUDGED that the recommendation of the magistrate judge (doc. no. 6) is adopted and that the motion for preliminary injunction (doc. no. 1) is denied.

DONE, this the 29th day of November, 2012.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE